IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEI KOVALEV | : CIVIL ACTION |
| | : |
| v. | : NO. 24-5474 |
| | : |
| STEVEN A. WAKEFIELD, DOES 1-5 | : |

# ORDER

AND NOW, this 7th day of November 2024, following removal (ECF 1), upon considering Defendant's Motion to dismiss (ECF 4) without Plaintiff's Opposition or appropriate response under Local Rule 7.1(c), finding Plaintiff does not plead a federal civil rights claim, we see no basis to exercise supplemental jurisdiction over the amended Complaint (ECF 1-4), and for good cause including the reasons detailed in today's accompanying Memorandum, it is **ORDERED** we **GRANT in part** Defendant's Motion (ECF 4) without prejudice to Plaintiff on or before **November 21, 2024,** filing: a Notice not exceeding two pages confirming he will stand on his state law claims alone which will result in our Court directing the Clerk of Court to then remand the remaining state law claims to the Court of Common Pleas of Philadelphia County and close this case in our District; or, a second amended Complaint pleading a federal civil rights claim (along with supplemental state law claims) within our limited subject matter jurisdiction.

KEARNEY, J.