**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SERGEI KOVALEV** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 24-5474** |
| | : | |
| **STEVEN A. WAKEFIELD, DOES 1-5** | : | |

# ORDER

**AND NOW**, this 15th day of November 2024, upon reviewing Plaintiff's Notice (ECF 9) responsive to our November 7, 2024 Order (ECF 8) confirming Plaintiff will stand on his state law claims alone and not pursue federal law claims relating to or arising from his claims in his ongoing action, and finding the interests of justice warrant remand rather than dismissal, it is **ORDERED** the Clerk of Court shall forthwith:

1. **REMAND** this action to the Court of Common Pleas of Philadelphia County; and,
2. **CLOSE** this action in this Court.

**KEARNEY, J.**